1  E. MARTIN ESTRADA
2  United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
4  Chief, Civil Division
   CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   LYNN HARADA, CA 267616
7  Special Assistant United States Attorney
8  Office of the General Counsel
9  Social Security Administration
   6401 Security Boulevard
10 Baltimore, MD 21235
11 Telephone: 510-970-4820
   lynn.harada@ssa.gov
12

13                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
14

15 JOSHUA JOHN WILSON,              )  Case No. 5:23-cv-02638-MAA
16           Plaintiff,             )  [~~PROPOSED~~] JUDGMENT OF
                                    )  REMAND
17 vs.                              )
                                    )
18 MARTIN O'MALLEY,[1]              )
19 Commissioner of Social Security, )
                                    )
20           Defendant.             )
21 _____

22      The Court, having approved the parties' Stipulation to Voluntary Remand
23 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
24 ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment
25 of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

26 _____

27 1 Martin O'Malley became the Commissioner of Social Security on December 20,
   2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley
28 should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action
   need be taken to continue this suit by reason of the last sentence of section 205(g) of
   the Social Security Act, 42 U.S.C. § 405(g).

1. above-captioned action is remanded to the Commissioner of Social Security for further
2. proceedings consistent with the Stipulation to Remand.

DATED:  July 2, 2024

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE